IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

Iron Workers District Council
Of Southern Ohio & Vicinity
Pension Trust,

   Plaintiff,         Case No.: 3:20-cv-007

vs.             District Judge Michael J. Newman
                Magistrate Judge Sharon L. Ovington

Lykins Reinforcing Inc.,

   Defendant.

## ORDER OF DISMISSAL: TERMINATION ENTRY

   The Court, having been advised by counsel for the parties that the above-captioned matter has been settled, **IT IS ORDERED** that this action is hereby **DISMISSED**, with prejudice as to all parties, provided that any of the parties may, upon good cause shown within **thirty (30) days**, reopen the action if settlement is not consummated.

   Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-82 (1994), and incorporate appropriate language in any judgment entry. The Court will retain jurisdiction to enforce the terms of the settlement if necessary.

   **IT IS SO ORDERED**.

May 10, 2021                   s/Michael J. Newman
                               Hon. Michael J. Newman
                               United States District Judge